# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00259-REB

KAMMY GREENO,,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

# FINAL JUDGMENT

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order for Judgment and Remand** [#20] entered by Judge Robert E. Blackburn on September 1, 2015, which order is incorporated herein by this reference.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the conclusion of the Commissioner through the Administrative Law Judge that plaintiff was not disabled is **REVERSED**;

    2.  That this matter is remanded to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g);

    3.  That judgment enters in favor of plaintiff and against defendant in accordance with Fed. R. Civ. P. 58 and consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302, 113 S.Ct. 2625, 2628-32, 125 L.Ed.2d 239 (1993); and

    4.  That plaintiff is awarded her costs, to be taxed by the clerk of the court

pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1 and 28 U.S.C. § 2412(a)(1).

DATED at Denver, Colorado, this 2nd day of September, 2015.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/ Kathleen Finney
    Kathleen Finney
    Deputy Clerk