**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 1:15-cv-00259-REB

KAMMY GREENO,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

**ORDER**

---

**Blackburn J.**

The matter before the court is the parties' **Stipulation for Equal Access to Justice Act Attorney Fees** [#22],[1] filed October 13, 2015. As indicated by the title of the motion, the parties have reached an agreement about the amount of attorney fees and costs to be awarded to plaintiff under the EAJA. I therefore approve the stipulation and enter an award of fees and costs payable to plaintiff in the stipulated amount.[2] **See Manning v. Astrue**, 510 F.3d 1246, 1249-55 (10th Cir. 2007), **cert. denied**, 129 S.Ct. 486 (2008).

    **THEREFORE, IT IS ORDERED** as follows:

---

[1] "[#22]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] The parties have stipulated that if the Commissioner (1) determines that plaintiff has assigned the EAJA fees to her attorney, (2) determines on effectuation of this Order that plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (3) agrees to waive the requirements of the Anti-Assignment Act, the fees will be made payable to plaintiff's attorney. However, if there is a debt owned under the Treasury Offset Program, the Commissioner may not agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made payable to plaintiff but delivered, *i.e.*, mailed, to plaintiff's attorney in care of his business office.

1. That the parties' **Stipulation for Equal Access to Justice Act Attorney Fees** [#22], filed October 13, 2015, is approved; and

2. That plaintiff is awarded $4,692.30 in attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, and $48.49 in costs under 28 U.S.C. §§ 2412(c)(1) & 2414.

Dated October 14, 2015, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge